**08 CV 01850**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PARK AVENUE CONSULTING GROUP, INC., | **RULE 7.1 STATEMENT** |
| Plaintiff, | |
| v. | |
| NEWGOLD INC. AND FIRSTGOLD CORP., | Civ. No. _____ |
| Defendants. | |



---

Pursuant to Federal Rule of Procedure 7.1, defendants Newgold Inc. and Firstgold Corp. state that they have no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
February 25, 2008

BIEDERMANN, REIF, HOENIG & RUFF, P.C.

By: _____
Peter H. Cooper, Esq. (PHC4714)
Attorneys for Defendants
570 Lexington Avenue, 16th Floor
New York, New York 10022
Telephone: (212) 697-6555

John N. Blair, Esq.
J. Michael Lennon, Esq.
BLAIR & ROACH, LLP
Attorneys for Defendants
2645 Sheridan Drive
Tonawanda, New York 14150
Telephone: (716) 834-9181