## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      Secora Brathwaite-Edey, being duly sworn deposes and says that deponent is not a party to the action, is over the age of 18 and resides in Queens County.

      On the 26th day of February 2008 deponent served the within *Notice of Filing of Notice of Removal* upon:

> Levey, Filler, Rodriguez, Kelso & DeBianchi, LLP
> 41-26 27th Street, Suite 3D
> Long Island City, New York 11101-3825

at the address designated by said attorneys for this purpose by depositing same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Secora Brathwaite-Edey

Sworn to before me this
26th day of February 2008

_____
Notary Public

PETER H. COOPER
Notary Public, State of New York
No. 02CO5059941
Qualified in NEW YORK County
Commission Expires MAY 6, 20 10