UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PARK AVENUE CONSULTING GROUP, INC.,

    Plaintiff,

v.

NEWGOLD INC. AND FIRSTGOLD CORP.,

    Defendants.

---

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08
```

**ORDER FOR ADMISSION PRO HAC VICE**

Civ. No. 08-CV-01850

Upon the motion of Peter H. Cooper, attorney for Defendants Newgold Inc. and FirstGold Corp., and said sponsors attorney's Affidavit in support;

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicants' Names: | John N. Blair |
| | J. Michael Lennon |
| Firm Name: | Blair & Roach LLP |
| Address: | 2645 Sheridan Drive |
| City/State/Zip: | Tonawanda, New York 14150 |
| Phone Number: | (716) 834-9181 |
| Fax Number: | (716) 834-9197 |
| E-mail Address: | jnblair@blair-roach.com |
| | jmlennon@blair-roach.com |

are admitted to practice pro hac vice as counsel for Defendants Newgold Inc. and FirstGold Corp. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: March 7th, 2008
New York, New York

_____
United States District/Magistrate Judge