UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────x

PARK AVENUE CONSULTING GROUP INC.,

    Plaintiff,

  -against-                            08 Civ. 1850 (CM)(GWG)

NEWGOLD INC. and FIRSTGOLD CORP.,

    Defendants.

───────────────────────────────x

## MEMORANDUM DECISION AND ORDER

McMahon, J.:

    The pending motion by plaintiff to strike some or all of the affirmative defenses, and for a more definite statement, is granted in part by striking the equitable affirmative defenses (laches and unclean hands) and is otherwise denied. The court in no way expresses any opinion on the merits of any of the remaining affirmative defenses.

Dated: June 9, 2008

                                             _[signature]_
                                              U.S.D.J.

BY ECF TO ALL COUNSEL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08