LEVEY, FILLER, RODRIGUEZ, KELSO & DEBIANCHI, LLP
Attorneys for Plaintiff
41-26 27th Street, Suite 3D
Long Island City, NY 11101
TEL (718) 340-3614
/s/ David F. Filler (DF-6850)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

PARK AVENUE CONSULTING GROUP INC.,     ) Returnable _____ 2008
                                       ) 10:00 a. m.   Room 21B
            Plaintiff,                 )
                                       ) Civil Action No.08 Civ. 1850 (CM) (GWG)
        v.                             )
                                       ) DECLARATION IN SUPPORT
NEWGOLD INC. and FIRSTGOLD CORP.       )
            Defendants,                )

------------------------------------------------------------

DAVID F. FILLER, an attorney duly admitted to appear before this Court, in support of the Notice of Motion by Plaintiff Park Avenue Consulting Group, Inc., duly declares under the penalties of perjury that:

1. The exhibits annexed hereto are true copies of the originals

    Ex. "1" Retainer Agreement and Addendum between the parties

2. The purpose of this affirmation is to authenticate the exhibits.

3. All of Plaintiff's grounds for relief under the Notice of Motion are set forth in the accompanying Memorandum of Law.

4. The relief sought by the motion is set forth in the accompanying Memo of Law and Notice of Motion.

June 18, 2008

          LEVEY, FILLER, RODRIGUEZ,
          KELSO & DEBIANCHI, LLP
          Attorneys for Plaintiff
          41-26 27th Street, Suite 3D
          Long Island City, NY 11101
          TEL (718) 340-3614
          Email Dfiller@dlz.mailstreet.com
          FAX (718) 340-3615

          By,

          David F. Filler (Bar No. DF- 6850)

Courtesy Copy Sent by FED EX to:

Hon. Colleen McMahon,
U. S. District Court Judge
U. S. District Court
Southern District of New York
500 Pearl Street, 21-B
New York, NY 10007-1312

2