# BLAIR & ROACH, LLP
### Attorneys

2645 SHERIDAN DRIVE
TONAWANDA, NEW YORK 14150
PHONE: 716-834-9181 • FAX: 716-834-9197

July 31, 2008

**VIA TELECOPY ONLY**
**(212-805-6326)**

Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

**MEMO ENDORSED** OK

Re: Park Avenue Consulting Group v. Newgold, Inc., et al.
    08 Civ. 1850 (CM) (GWG)

Dear Judge McMahon:

    Please accept this letter as a joint request for an adjournment/extension of time with respect to the above matter. The parties are requesting an additional sixty (60) days be added to the remaining time periods set forth in the Civil Case Management Plan entered by Your Honor on April 1, 2008.

    In accordance with Rule 1(E) of Your Honor's Individual Practices, a proposed Revised Scheduling Order is enclosed. In addition, the following information is provided:

(1) <u>Original Dates</u>:

| | |
|---|---|
| (a) Completion of Discovery | August 29, 2008 |
| (b) Plaintiff's Expert Report | July 31, 2008 |
| (c) Defendants' Expert Report | August 15, 2008 |
| (d) Joint pre-trial order | October 14, 2008 |

(2) No previous requests for an adjournment or extension have been made by either party.

(3) N/A.

(4) This is a joint request for an extension of time. Both parties consent to the requested extension.

Thank you for your consideration.

Respectfully submitted,

BLAIR & ROACH, LLP
By: *[signature]*
    J. Michael Lennon

JML:m
Enclosure
cc: David F. Filler, Esq. (via telecopy only 718-340-3615)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08
```