LEVEY, FILLER, RODRIGUEZ, KELSO & DEBIANCHI, LLP
Attorneys for Plaintiff
41-26 27th Street
Suite 3D
Long Island City, NY 11101
TEL (718) 340-3614  *FAX (718) 340-3615*
dfiller@dlz.mailstreet.com
/s/ David F. Filler (DF-6850)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PARK AVENUE CONSULTING GROUP INC., | Returnable _____ 2008 |
| Plaintiff, | 10:00 a.m.   Room 21B |
| v. | Civ. No. 08 Civ. 1850 (CM) (GWG) |
| NEWGOLD INC. and FIRSTGOLD CORP. | |
| Defendants, | |

---

CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2008, I electronically filed a Reply Memorandum of Law and an affirmation of David F. Filler, with 2 exhibits, with the Clerk of the above District Court using the CM/ECF system, which sent notification of such filing to the below named individual.

And, I hereby certify that I have mailed the above documents by sending them in a properly postpaid wrapper entrusted to the exclusive custody of the U. S. Postal Service addressed to the attorney of Defendants herein as follows:

BLAIR & ROACH
2645 Sheridan Drive
Tonawanda, NY 14150

/Rey Olsen/
By: Rey Olsen
On behalf of Levey, Filler, Rodriguez, Kelso
& DeBianchi, LLP
Attorneys for Plaintiff
41-26 27th Street
Long Island City, NY 11101-3825